FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA FISHER,<br><br>Defendant. | No. 2:23-CR-00002-RMP-1<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 243)** |

On June 6, 2023, the Court held a detention review hearing for JOSHUA FISHER. Defendant appeared while out of custody with Assistant Federal Defender Justin Lonergan. Assistant U.S. Attorney Rebecca Perez represented the United States. U.S. Probation Officer Erik Carlson was also present

Defendant, through counsel, made factual proffers in support of Defendant remaining released and residing at Pura Vida as proposed in Defendant's Motion to Modify Conditions of Release, **ECF No. 243.** The United States and U.S. Probation were both agreement and did not oppose Defendant's release proposal. The Court addressed the Defendant.

The Court has reviewed Defendant's Motion to Modify Conditions of Release, **ECF No. 243.** After consideration of Defendant's Motion, **ECF No. 243**, the Court **GRANTS** Defendant's Motion.

Defendant shall be released from inpatient substance treatment on June 8, 2023, to transitional housing at the Men's Reclaim Project/Pura Vida, on the

ORDER - 1

previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 183 subject to the following modifications and additional conditions, including that he appears for all hearings and that he remains in contact with his counsel.  The Court strikes Condition Nos. 12 and 18 in the Order Following Arraignment on Superseding Indictment and Detention Review Hearing, ECF No. 183, and imposes the following additional conditions:

1) Defendant must reside at Pura Vida and may not change residences without prior approval from Pretrial Services.

2) Defendant shall participate in outpatient treatment and follow all treatment recommendations of treatment and Pretrial Services.

3) Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

4) Defendant shall refrain from any use of alcohol.

**IT IS SO ORDERED.**

DATED June 7, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2