# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Fisher, Joshua | Docket No. | 0980 2:23CR00002-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joshua Fisher, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of May 2023 (ECF No. 183), as well as by the Honorable James A. Goeke, on the 6th day of June 2023 (ECF No. 245), under the following conditions:

**Standard Condition #10 (ECF No. 183):** Defendant shall refrain from the use or unlawful possession of a drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 8, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Fisher. Mr. Fisher acknowledged an understanding of the release conditions at that time.

**Violation #1:** Joshua Fisher is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about July 21, 2023.

On July 25, 2023, the housing manager from the Pura Vida sober living program contacted the undersigned officer to advise Mr. Fisher had been removed from that program due to testing positive for the presence of amphetamine on July 24, 2023.

Subsequently, on July 25, 2023, the undersigned officer contacted Mr. Fisher to discuss his drug test administered by Pura Vida. Mr. Fisher verbally acknowledged he ingested methamphetamine on or about July 21, 2023.

On July 27, 2023, Mr. Fisher reported to the U.S. Probation Office and signed a substance abuse admission form acknowledging he ingested methamphetamine on or about July 21, 2023.

**Violation #2:** Joshua Fisher is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana on or about July 27, 2023.

On July 27, 2023, Mr. Fisher reported to the U.S. Probation Office and provided a urine specimen that tested presumptively positive for the presence of marijuana. Mr. Fisher stated he unintentionally ingested marijuana by smoking from another person's vape device on July 24, 2023. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On August 4, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

PS-8
**Re: Fisher, Joshua**
**August 11, 2023**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 11, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/14/23

Date