FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA FISHER (1),<br><br>　　　　　　　　Defendant. | NO:  2:23-CR-2-RMP-1<br><br>ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is a Stipulation and Request for Protective Order Regarding Personal Identification Information (PII), ECF No. 408.  The Court is fully informed and finds good cause to grant the parties' stipulated motion for a protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation and Request for Protective Order Regarding Personal Identification Information, **ECF No. 408**, is **GRANTED**.

2. The United States may produce photographs and videos depicting an alleged victim of strangulation to the defense in an unredacted form.

ORDER GRANTING STIPULATED MOTION FOR PROTECTIVE ORDER ~ 1

The defense team, which includes Defendant and defense attorneys, as well as any staff, investigators, interns, and/or experts working with Defendant and/or defense counsel, shall not share, disclose, or disseminate to anyone outside the defense team any of the following information: the name, image, likeness, identity, or PII of the alleged victim of strangulation, including any photographs and/or videos. This prohibition will not apply to under seal court filings and court hearings.

3. The United States and Defendant may file, under seal, information that identifies and/or depicts the alleged victim, without further order of the Court.

4. Defendant is permitted to review all discovery, including unredacted photographs and videos of the alleged victim, in the presence of defense counsel or a defense investigator.

5. Defendant shall not view, have, or keep in his own possession any discovery related to the alleged violations contained in the United States Probation Office petition, ECF No. 400, outside the presence of defense counsel or a defense investigator.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** January 17, 2024.              *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                          Senior United States District Judge