UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2024

SEAN F. McAVOY, CLERK

U.S.A. vs.          Fisher, Joshua          Docket No.    0980 2:23CR00002-RMP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joshua Fisher, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of May 2023 (ECF No. 183), as well as by the Honorable James A. Goeke, U.S. Magistrate Judge, on the 6th day of June 2023 (ECF No. 245), under the following conditions:

**Violation #1 (ECF No. 183):** Defendant shall not commit any offense in violation of federal, state, tribal, or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, without the approval of a judicial officer and unless defendant first notifies the supervising pretrial services officer. Defendant shall comply with all conditions of supervision imposed by other courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 8, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Fisher. Mr. Fisher acknowledged an understanding of the release conditions at that time.

**Violation #3:** Joshua Fisher is alleged to have violated the conditions of pretrial release supervision by being charged with protection order violation (2 counts) in Spokane Municipal Court case number 4A0175840 on January 17, 2024.

On January 4, 2024, Mr. Fisher was formally charged with assault second degree strangulation domestic violence intimate partner in Spokane County Superior Court case number 24-1-00043-32. On January 5, 202, the Spokane County Superior Court issued a no contact order that prohibited Mr. Fisher from contacting the alleged victim in the above-noted offense. It should be noted the alleged conduct related to the above-noted charge in Spokane County Superior Court was reported to the on January 2, 2024 (ECF No. 400).

The following information was gathered from Spokane Police Department (SPD) report number 2024-20010332.

On January 11, 2024, a detective with SPD was conducting a follow-up on Mr. Fisher's alleged strangulation case. Mr. Fisher had been in custody at the Spokane County Jail (SCJ) since approximately January 3, 2024. A no contact order (NCO) prohibiting Mr. Fisher from contacting the alleged victim in that strangulation case was issued on January 5, 2024. As a part of the follow up, the detective noted through the SCJ phone system that the telephone number of the alleged victim had been called from Mr. Fisher's cell mate at SCJ on January 10, 2024, at 4:43 p.m.

The detective listened to the call and it appeared there was no audio heard from the caller. The alleged victim answered the call and asked for Mr. Fisher, by name, but no audio contact was made due to technical issues.

Re: Fisher, Joshua
January 18, 2024
Page 2

On January 11, 2024, the detective contacted the alleged victim using her listed telephone number. The alleged victim advised she was aware of the NCO lodged against Mr. Fisher and stated he had not violated that order. She was then advised of the alleged call from Mr. Fisher's cell mate, but stated he would not be charged for violating the NCO since he could not identify the caller. The alleged victim said she did not want the NCO and her initial statement to law enforcement regarding the alleged assault was "exaggerated." She went on to state she had no medical issues related to the alleged assault and did not seek medical attention. The detective explained the parameters of the NCO and third-party contact, which was not allowed.

On January 16, 2024, the SPD detective was contacted by the case agent in the instant federal matter, stating he had located additional calls from Mr. Fisher to the alleged victim. Subsequently, on January 17, 2024, the detective checked any completed calls from the SCJ to the alleged victim's telephone number. The detective found one completed call to that number allegedly occurred on January 13, 2024, at 3:37 p.m. The call was allegedly made using the PIN number assigned to Mr. Fisher.

According to the recording, the caller was identified as "I love you." Mr. Fisher did not speak during this call. However, the voice of the alleged victim was identified by the detective, based on his previous conversation with her. During the conversation, the alleged victim spoke about loving and missing Mr. Fisher, as well as her struggling while he was in jail. She also discussed selling Mr. Fisher's car and the financial issues she was having during his incarceration. The alleged victim told him that she loved him before the call ended.

The detective then reviewed text messages sent by Mr. Fisher using his assigned PIN number to a third-party that was initiated on January 13, 2024, at 3:51 p.m. During this text message conversation, Mr. Fisher allegedly told the third-party that he wanted to "let her know" that he heard every thing. He acknowledged he should not have called but stated he missed her. He also provided the third-party with the telephone number of the alleged victim.

Additionally, the detective checked recordings of Mr. Fisher's subsequent telephone calls. One call completed on January 17, 2024, at 7:44 a.m., to another female indicated Mr. Fisher had spoken to the alleged victim on the telephone "the other day" but stated he could not hear her. Mr. Fisher also reportedly referenced the alleged victim selling his car, which was discussed during the call placed on January 13, 2024.

Based on the above-information, Mr. Fisher was formally charged with protection order violation (2 counts) in Spokane Municipal Court case number 4A0175840 on January 17, 2024.

    PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
                          PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 18, 2024

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8
Re: Fisher, Joshua
January 18, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/18/2024
_____
Date