UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Fisher, Joshua | Docket No. | 0980 2:23CR00002-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joshua Fisher, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 9th day of May 2023 (ECF No. 183), as well as by the Honorable James A. Goeke, U.S. Magistrate Judge, on the 6th day of June 2023 (ECF No. 245), under the following conditions:

**Condition #1 (ECF No. 183):** Defendant shall not commit any offense in violation of federal, state, tribal, or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, without the approval of a judicial officer and unless defendant first notifies the supervising pretrial services officer. Defendant shall comply with all conditions of supervision imposed by other courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 8, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Fisher. Mr. Fisher acknowledged an understanding of the release conditions at that time.

**Violation #4:** Joshua Fisher is alleged to have violated the conditions of pretrial release supervision by being charged with protection order violation (2 counts) in Spokane Municipal Court case number 4A0175841, on January 18, 2024.

On January 4, 2024, Mr. Fisher was formally charged with assault second degree strangulation domestic violence intimate partner in Spokane County Superior Court case number 24-1-00043-32. On January 5, 202, the Spokane County Superior Court issued a no contact order (NCO) that prohibited Mr. Fisher from contacting the alleged victim in the above-noted offense. It should be noted the alleged conduct related to the above-noted charge in Spokane County Superior Court was reported to the Court on January 2, 2024 (ECF No. 400).

The following information was gathered from Spokane Police Department (SPD) report number 2024-20011028.

On January 18, 2024, a detective from SPD was following up on Mr. Fisher allegedly violating a domestic violence no contact order (NCO) while he was in custody at the Spokane County Jail. As noted in the petition submitted to the Court on January 18, 2024 (ECF No. 411), Mr. Fisher was charged on January 17, 2024, with two counts of violating the above-noted NCO.

As a part of the detective's follow up, the detective located a series of text messages between Mr. Fisher and another female that occurred between January 16 and 17, 2024. One of the messages Mr. Fisher sent to the female said, "tell her to message me." Mr. Fisher also instructed the female to get a telephone number for the alleged victim in her pending state assault charge. Based on messages between Mr. Fisher and this female, it appears the female eventually contacted the alleged victim and obtained a telephone number for Mr. Fisher to contact her, which was provided to him.

Subsequently, the detective located three completed, recorded, telephone calls using the number provided to Mr. Fisher. The detective listened to the recorded telephone calls between Mr. Fisher and the alleged victim. The alleged victim spoke to Mr. Fisher about how much she loved and missed him. They also discussed a previous telephone call that related to his previous protection order violation charges. Furthermore, Mr. Fisher spoke about his court date and the alleged victim said she was not going to testify in his pending assault case. Additionally, the alleged victim also spoke about selling Mr. Fisher's car and her claims of assault were "exaggerated."

Subsequently, the detective called the telephone number allegedly used by Mr. Fisher to contact the alleged victim. The alleged victim answered the call and verbally identified herself. When confronted about speaking with Mr. Fisher, the alleged victim admitted to speaking with him. The alleged victim told the detective that she would stop answering Mr. Fisher's telephone calls because she did not want him to get into any further trouble. She reiterated she did not want the NCO in place and wanted it dropped.

Based on the messages with a third-party and the recorded telephone calls, the detective established probable cause for two additional counts of violating a protection order against Mr. Fisher.

On January 18, 2024, Mr. Fisher was formally charged with protection order violation (2 counts) in Spokane Municipal Court case number 4A0175841.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 24, 2024

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/24/2024
Date