FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:23-CR-2-RMP-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR DOWNWARD DEPARTURE AND RESOLVING PRE-SENTENCING CONDUCT |
| JOSHUA FISHER (1), | |
| Defendant. | |

On June 27, 2024, a sentencing hearing for Defendant Joshua Fisher was held in this matter. The Government previously had filed a Motion to Pierce Mandatory Minimum Sentence and Depart, ECF No. 438. After reviewing the motion and hearing oral argument, the Court is fully informed. The Court finds good cause to grant the Government's motion.

At the hearing, the Court also reviewed Violation Reports dated January 2, 2024, January 18, 2024, and January 24, 2024, from the United States Probation Office alleging that Defendant violated the conditions of his pre-sentencing supervised release. ECF Nos. 400; 420; and 421. At the hearing, Defendant

ORDER GRANTING MOTION FOR DOWNWARD DEPARTURE AND
RESOLVING PRE-SENTENCING CONDUCT ~ 1

admitted to Violations 1, 2, 3, and 4, from the Violation Reports.  After hearing testimony and oral argument, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion to Pierce Mandatory Minimum Sentence and Depart, **ECF No. 438**, is **GRANTED**.

2. Defendant admitted to committing Violations 1 and 2 from the Violation Report dated January 2, 2024; Violation 3 from the Violation Report dated January 18, 2024; and Violation 4 from the Violation Report dated January 24, 2024.  ECF Nos. 400; 420; and 421.  The Court finds Violations 1, 2, 3, and 4 have been committed.

3. The Court considers and incorporates appropriate sanctions to the violations into the sentence imposed for the underlying conviction.  A sentence of 60 months custody followed by 5 years of supervised release is imposed.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel and to the United States Probation Office.

**DATED** June 28, 2024.

　　　　　　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

ORDER GRANTING MOTION FOR DOWNWARD DEPARTURE AND RESOLVING PRE-SENTENCING CONDUCT ~ 2